Hon. Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JENNYL CALUGAS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PATENAUDE AND FELIX, A.P.C., a California Corporation; and MATTHEW CHEUNG, an individual,<br><br>　　　　Defendants. | No. 2:15-cv-01332-MAT<br><br>NOTICE OF APPEARANCE |

TO:　　　　CLERK OF THE COURT

AND TO:　　ALL PARTIES AND THEIR COUNSEL

　　PLEASE TAKE NOTICE that Defendants Patenaude & Felix, A.P.C. and Matthew Cheung, without waiving objections as to improper service, jurisdiction, or other affirmative defenses, hereby enters their appearance by the undersigned attorneys.

　　You are requested to serve all further papers and proceedings in said cause, except original process, upon said attorneys at their address below stated

///

//

/

NOTICE OF APPEARANCE - 1
2:15-cv-01332-MAT
5804385.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

| | |
|---|---|
| 1 | DATED this 1st day of September, 2015. |
| 2 | |
| 3 | LEE SMART, P.S., INC. |
| 4 | By: /s Marc Rosenberg<br>Marc Rosenberg, WSBA No. 31034 |
| 5 | Of Attorneys for Defendants<br>Patenaude and Felix, A.P.C., and |
| 6 | Matthew Cheung |
| 7 | 1800 One Convention Place<br>701 Pike St. |
| 8 | Seattle, WA 98101-3929<br>(206) 624-7990 |
| 9 | mr@leesmart.com |

NOTICE OF APPEARANCE - 2
2:15-cv-01332-MAT
5804385.doc

# CERTIFICATE OF SERVICE

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

    Antoinette M. Davis        tonie@toniedavislaw.com

    Christina L. Henry         chenry@hdm-legal.com

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge.

Dated this 1st day of September, 2015 at Seattle, Washington.

LEE SMART, P.S., INC.

By: /s Marc Rosenberg
Marc Rosenberg, WSBA No. 31034
Of Attorneys for Defendants
Patenaude and Felix, A.P.C., and
Matthew Cheung

1800 One Convention Place
701 Pike St.
Seattle, WA 98101-3929
(206) 624-7990
mr@leesmart.com

NOTICE OF APPEARANCE - 3
2:15-cv-01332-MAT
5804385.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944