Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JENNYL CALUGAS,<br><br>    Plaintiff,<br><br>    vs.<br><br>PATENAUDE & FELIX, A.P.C., a California Corporation; and MATTHEW CHEUNG, an individual,<br><br>    Defendants. | No. 2:15-cv-01332-MJP<br><br>ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT |

Defendants Patenaude & Felix, A.P.C. and Matthew Cheung hereby provide Answers and Affirmative Defenses to Plaintiff's Amended Complaint ("the Complaint"). (Dkt # 8).

## I. INTRODUCTION

1.1 This paragraph of the Complaint does not set forth a factual allegation, but merely presents legal conclusions regarding 15 U.S.C. § 1692, the federal Fair Debt Collection Practices Act ("FDCPA"). To the extent a response is required, Defendants deny liability under the FDCPA.

1.2 This paragraph of the Complaint does not set forth a factual allegation, but merely indicates that 15 U.S.C. § 1692 and Chapter 19.86 RCW, Washington's State Consumer Protection Act ("CPA") are statutes under which Plaintiff has filed this lawsuit. To the extent a response is required, Defendants deny liability under the FDCPA and the CPA.

ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S AMENDED COMPLAINT - 1
2:15-cv-01332-MAT
5805323.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1.3     Defendants deny the allegations set forth in this paragraph of the Complaint.

1.4     Defendants deny the allegations set forth in this paragraph of the Complaint.

1.5     Defendants deny the allegations set forth in this paragraph of the Complaint.

## II. JURISDICTION AND VENUE

2.1     Defendants admit that this Court's jurisdiction to hear cases under 15 U.S.C. § 1692k(d) and 28 U.S.C § 1331.  Defendants reserve the right to challenge jurisdiction should facts become known indicating that said jurisdiction is not proper.  Defendants deny that declaratory relief is available under 28 U.S.C. § § 2201-2202 for claims under the FDCPA.

2.2     Defendants do not dispute venue, but Defendants deny that any alleged events or omissions occurred that would give rise to a cause of action.

## III. PARTIES

3.1     Defendants are currently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph of the Complaint, and therefore deny the same pursuant to Fed. R. Civ. P. 8(b)(5).

3.2     Defendants are currently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph of the Complaint, and therefore deny the same pursuant to Fed. R. Civ. P. 8(b)(5).

3.3     Objection, this allegation calls for a legal conclusion.  To the extent a response is required, Defendants are currently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph of the Complaint, and therefore deny the same pursuant to Fed. R. Civ. P. 8(b)(5).

3.4     Objection, this allegation calls for a legal conclusion.  To the extent a response is required, Defendants are currently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph of the Complaint, and therefore deny the same pursuant to Fed. R. Civ. P. 8(b)(5).

ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S AMENDED COMPLAINT - 2
2:15-cv-01332-MAT
5805323.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

3.5     Objection, this allegation calls for a legal conclusion.  To the extent a response is required, Defendants are currently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph of the Complaint, and therefore deny the same pursuant to Fed. R. Civ. P. 8(b)(5).

3.6     Defendants admit that Patenaude & Felix, A.P.C. is a professional corporation that maintains an office in California.  Defendants also admit that Patenaude & Felix maintains an office in Washington with UBI number 602953078, and that Matthew Cheung is its registered agent in Washington.   Defendants deny any additional allegations contained or implied in this paragraph of the Complaint.

3.7     Defendants admit that Patenaude & Felix, A.P.C. has a license to conduct collections in Washington.  Defendants object to the allegation that Patenaude & Felix, A.P.C is a "collection agency" as that term is used in Plaintiff's Complaint because it calls for a legal conclusion and deny on this basis.

3.8     Objection, this allegation calls for a legal conclusion.  To the extent a response is required, Defendants are currently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph of the Complaint, and therefore deny the same pursuant to Fed. R. Civ. P. 8(b)(5).  Defendants admit, however, that the Washington office filed a collection lawsuit against Plaintiff on behalf of its client.

3.9     Objection, this allegation calls for a legal conclusion.  To the extent a response is required, Defendants are currently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph of the Complaint, and therefore deny the same pursuant to Fed. R. Civ. P. 8(b)(5).  Defendants admit, however, that Patenaude & Felix regularly uses the telephone.

3.10    Objection, this allegation calls for a legal conclusion.  To the extent a response is required, Defendants are currently without knowledge or information sufficient to form a

ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT - 3
2:15-cv-01332-MAT
5805323.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

belief as to the truth or falsity of the allegations set forth in this paragraph of the Complaint, and therefore deny the same pursuant to Fed. R. Civ. P. 8(b)(5). Defendants admit, however, that Patenaude & Felix regularly uses the mail.

3.11  Objection, this allegation calls for a legal conclusion. To the extent a response is required, Defendants deny this allegation of the Complaint.

3.12  Defendants admit only that Patenaude & Felix is a professional corporation that maintains an office in California. Defendants admit that Patenaude & Felix also maintains an office in Washington, and that Matthew Cheung is its registered agent in Washington. Defendants admit that they act as attorneys on behalf of creditor clients. Defendants deny any additional allegations contained or implied in this paragraph of the Complaint.

3.13  Defendants admit only that Patenaude & Felix acts as attorneys on behalf of creditors. Defendants object to the remainder of this paragraph of the Complaint to the extent that this paragraph asserts a legal conclusion and denies this paragraph on that basis.

3.14  Defendants admit only that Patenaude & Felix acts as attorneys on behalf of creditors. Defendants object to the remainder of this paragraph of the Complaint to the extent that this paragraph asserts a legal conclusion and denies this paragraph on that basis.

3.15  Defendants admit only that Patenaude & Felix acts as attorneys on behalf of creditors. Defendants object to the remainder of this paragraph of the Complaint to the extent that this paragraph asserts a legal conclusion and denies this paragraph on that basis.

3.16  Defendants admit defendant Matthew Cheung is an attorney and registered agent for Patenaude & Felix, A.P.C. in Washington, and that Mr. Cheung acts as an attorney on behalf of creditors. Defendants object to the remainder of this paragraph of the Complaint to the extent that this paragraph asserts a legal conclusion and denies this paragraph on that basis.

3.17  Defendants admit that Mr. Cheung is the sole attorney at the Washington office of Patenaude & Felix.

ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT - 4
2:15-cv-01332-MAT
5805323.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

3.18    Defendants object to this paragraph of the Complaint to the extent that this paragraph asserts a legal conclusion and denies this paragraph on that basis.

3.19    Defendants object to this paragraph of the Complaint to the extent that this paragraph asserts a legal conclusion and denies this paragraph on that basis.

3.20    Defendants object to this paragraph of the Complaint to the extent that this paragraph asserts a legal conclusion and denies this paragraph on that basis.  However, Defendants admit that Mr. Cheung regularly uses the telephone.

3.21    Defendants object to this paragraph of the Complaint to the extent that this paragraph asserts a legal conclusion and denies this paragraph on that basis.  However, Defendants admit that Mr. Cheung regularly uses the mail.

3.22    Defendants object to this paragraph of the Complaint to the extent that this paragraph asserts a legal conclusion and denies this paragraph on that basis.  However, Defendants admit that Mr. Cheung regularly uses the mail.

3.23    Defendants admit that Mr. Cheung is an attorney licensed in the State of Washington, and that he is permitted to act as an attorney on behalf of his creditor clients. Defendants object to the remainder of this paragraph of the Complaint to the extent that this paragraph asserts a legal conclusion and denies the remainder of this paragraph on that basis.

3.24    Defendants admit that Mr. Cheung is an attorney licensed in the State of Washington, and that he is permitted to act as an attorney on behalf of his creditor clients. Defendants object to the remainder of this paragraph of the Complaint to the extent that this paragraph asserts a legal conclusion and denies the remainder of this paragraph on that basis.

3.25    Defendants admit that Mr. Cheung is an attorney licensed in the State of Washington, and that he is permitted to act as an attorney on behalf of his creditor clients. Defendants object to the remainder of this paragraph of the Complaint to the extent that this paragraph asserts a legal conclusion and denies the remainder of this paragraph on that basis.

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

3.26     Defendants admit that Mr. Cheung is an attorney licensed in the State of Washington, and that he is permitted to act as an attorney on behalf of his creditor clients. Defendants object to the remainder of this paragraph of the Complaint to the extent that this paragraph asserts a legal conclusion and denies the remainder of this paragraph on that basis.

3.27     Defendants admit only that the Washington office of Patenaude & Felix commenced a collection lawsuit against Plaintiff, who had failed to meet the obligations that she had promised to honor.  Defendants deny that the California branch of Patenaude & Felix had commenced a collection action against Plaintiff.  Defendants deny any additional allegations not expressly admitted.

## IV.  FACTS

4.1     Defendants admit that on or about August 20, 2014, Matthew Cheung of the Washington office of Patenaude & Felix, on behalf of its client, caused Plaintiff to be served with a Summons and Complaint for Monies Due, and that the Complaint was subsequently filed.  Defendants deny any additional allegations in this paragraph of Plaintiff's Complaint.

4.2     Defendants admit that the Complaint for Monies Due speaks for itself, and that it admits and denies this paragraph of Plaintiff's complaint to the extent the allegations are consistent with that document.  Defendants deny any additional allegations that may be contained or implied in this paragraph of the Complaint.

4.3     Defendants admit that the court docket, and the documents contained within it, in the underlying collection action speak for themselves, and admit and deny to the extent that Plaintiff's allegation accurately represents this court docket and the filed documents. Defendants deny any additional allegations that may be contained or implied in this paragraph of the Complaint.

ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S AMENDED COMPLAINT - 6
2:15-cv-01332-MAT
5805323.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

4.4     Defendants are currently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph of the Complaint, and therefore deny the same pursuant to Fed. R. Civ. P. 8(b)(5).

4.5     Defendants admit that the court docket, and the documents contained within it, in the underlying collection action speak for themselves, and admit and deny to the extent that Plaintiff's allegation accurately represents this court docket and the filed documents.

4.6     Defendants admit that the court docket, and the documents contained within it, in the underlying collection action speak for themselves, and admit and deny to the extent that Plaintiff's allegation accurately represents this court docket and the filed documents.

4.7     Defendants are currently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph of the Complaint, and therefore deny the same pursuant to Fed. R. Civ. P. 8(b)(5).

4.8     Defendants are currently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph of the Complaint, and therefore deny the same pursuant to Fed. R. Civ. P. 8(b)(5).

4.9     Defendants admit that the Washington office of Patenaude & Felix sent a letter dated September 13, 2014, with documentation verifying the debt. Defendants deny any other allegation contained or implied in this paragraph of the Complaint.

4.10    Defendants are currently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph of the Complaint, and therefore deny the same pursuant to Fed. R. Civ. P. 8(b)(5).

4.11    Defendants are currently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph of the Complaint, and therefore deny the same pursuant to Fed. R. Civ. P. 8(b)(5).

ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S AMENDED COMPLAINT - 7
2:15-cv-01332-MAT
5805323.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

4.12  Defendants deny that Plaintiff sent a "Notice of Appearance" to Matthew Cheung the attorney that filed the collection action and the registered agent at the Washington office of Patenaude & Felix. Instead, Plaintiff's counsel Antoinette Davis appears to have intentionally sent a letter via facsimile, the contents of which speaks for itself, to the California branch of Patenaude & Felix in a manner intended to avoid providing timely notice of appearance to Matthew Cheung. Defendants deny any additional allegation contained in this paragraph of the Complaint.

4.13  Defendants deny that Plaintiff sent the December 16, 2014 letter to Matthew Cheung the attorney that filed the collection action and the registered agent at the Washington office of Patenaude & Felix. Instead, Plaintiff's counsel Antoinette Davis appears to have intentionally sent a fax to the California branch of Patenaude & Felix in a manner intended to avoid providing timely notice to Matthew Cheung regarding the contents of the alleged letter, the contents of which speak for itself. Defendants deny any additional allegation contained in this paragraph of the Complaint.

4.14  Defendants are currently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph of the Complaint, and therefore deny the same pursuant to Fed. R. Civ. P. 8(b)(5).

4.15  Defendants admit that the Judgment speaks for itself, and admit and deny to the extent that Plaintiff's allegation accurately represents this document.

4.16  Defendants admit that the court docket, and the documents contained within it, in the underlying collection action speak for themselves, and admit and deny to the extent that Plaintiff's allegation accurately represents this court docket and the filed documents.

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

4.17 Defendants admit that the court docket, and the documents contained within it, in the underlying collection action speak for themselves, and admit and deny to the extent that Plaintiff's allegation accurately represents this court docket and the filed documents.

4.18 Defendants deny this allegation of Plaintiff's Complaint.

4.19 Defendants are currently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph of the Complaint, and therefore deny the same pursuant to Fed. R. Civ. P. 8(b)(5).

4.20 Defendants admit that the court docket, and the documents contained within it, in the underlying collection action speak for themselves, and admit and deny to the extent that Plaintiff's allegation accurately represents this court docket and the filed documents.

4.21 Defendants admit that the court docket, and the documents contained within it, in the underlying collection action speak for themselves, and admit and deny to the extent that Plaintiff's allegation accurately represents this court docket and the filed documents.

4.22 Defendants admit that the court docket, and the documents contained within it, in the underlying collection action speak for themselves, and admit and deny to the extent that Plaintiff's allegation accurately represents this court docket and the filed documents. Defendants deny the remaining allegations in this paragraph of Plaintiff's Complaint.

4.23 Defendants admit that the court docket, the documents contained within it, and the court record in the underlying collection action speak for themselves, and admit and deny to the extent that Plaintiff's allegation accurately represents this court docket and the filed documents. Defendants otherwise deny the allegations in this paragraph of the Complaint.

4.24 Defendants admit that the court docket, the documents contained within it, and the court record in the underlying collection action speak for themselves, and admit and deny to the extent that Plaintiff's allegation accurately represents this court docket and the filed documents. Defendants otherwise deny the allegations in this paragraph of the Complaint.

ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S AMENDED COMPLAINT - 9
2:15-cv-01332-MAT
5805323.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

4.25 Defendants admit that the court docket, the documents contained within it, and the court record in the underlying collection action speak for themselves, and admit and deny to the extent that Plaintiff's allegation accurately represents this court docket and the filed documents. Defendants otherwise deny the allegations in this paragraph of the Complaint.

4.26 Defendants admit that the court docket, the documents contained within it, and the court record in the underlying collection action speak for themselves, and admit and deny to the extent that Plaintiff's allegation accurately represents this court docket and the filed documents. Defendants otherwise deny the allegations in this paragraph of the Complaint.

4.27 Defendants admit that the court docket, the documents contained within it, and the court record in the underlying collection action speak for themselves, and admit and deny to the extent Plaintiff's allegation accurately represents this court docket and the filed documents.

4.28 Defendants are currently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph of the Complaint, and therefore deny the same pursuant to Fed. R. Civ. P. 8(b)(5).

## V. FAIR DEBT COLLECTION PRACTICES ACT

5.1 Defendants re-allege paragraphs 1.1 through 4.28, inclusive as though fully set forth herein.

5.2 This paragraph of the Complaint does not set forth a factual allegation, but merely quotes 15 U.S.C. § 1692a(3), which defines the term "consumer." 15 U.S.C. § 1692a(3) does not define the term "debtor." To the extent a response is required, Defendants deny liability under the FDCPA.

5.3 This paragraph of the Complaint does not set forth a factual allegation, but merely quotes 15 U.S.C. § 1692a(5), which defines the term "debt." To the extent a response is required, Defendants deny liability under the FDCPA.

ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S AMENDED COMPLAINT - 10
2:15-cv-01332-MAT
5805323.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

5.4     This paragraph of the Complaint does not set forth a factual allegation, but partially quotes 15 U.S.C. § 1692a(6), which defines the term "debt collector." To the extent a response is required, Defendants deny liability under the FDCPA.

5.5     Objection, this allegation merely states a legal conclusion regarding a legal opinion. To the extent a response is required, Defendants deny liability under the FDCPA.

5.6     Objection, this allegation merely states a legal conclusion regarding a Fifth Circuit legal opinion. To the extent a response is required, Defendants deny liability under the FDCPA.

5.7     Defendants admit only that Patenaude & Felix acts as attorneys on behalf of creditor clients. Defendants object to the remainder of this paragraph of the Complaint to the extent that this paragraph asserts a legal conclusion and deny on that basis.

5.8.    Defendants admit only that Mr. Cheung acts as attorneys on behalf of creditor clients. Defendants object to the remainder of this paragraph of the Complaint to the extent that this paragraph asserts a legal conclusion and deny on that basis.

5.9     Defendants admit only that Patenaude & Felix acts as attorneys, and part of its practice includes filing lawsuits on behalf of creditor clients. Defendants object to the remainder of this paragraph of the Complaint to the extent that this paragraph asserts a legal conclusion and deny on that basis.

5.10    Defendants admit only that Mr. Cheung acts as an attorney and part of his practice includes filing lawsuits on behalf of creditor clients. Defendants object to the remainder of this paragraph of the Complaint to the extent that this paragraph asserts a legal conclusion and deny on that basis.

5.11    Objection, this allegation calls for a legal conclusion. To the extent a response is required, Defendants deny the allegation and deny liability under the FDCPA. In addition,

ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S AMENDED COMPLAINT - 11
2:15-cv-01332-MAT
5805323.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

Defendants are currently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph of the Complaint, and therefore deny the same pursuant to Fed. R. Civ. P. 8(b)(5).

## VI.  FIRST CAUSE OF ACTION

6.1     Defendants re-allege paragraphs 1.1 through 5.11, inclusive as though fully set forth herein.

6.2     This paragraph of the Complaint does not set forth a factual allegation, but merely quotes 15 U.S.C. § 1692(a) and cites to a Ninth Circuit case from the State of California. To the extent a response is required, Defendants deny liability under the FDCPA.

6.3     This paragraph of the Complaint does not set forth a factual allegation, but merely cites to a Ninth Circuit case from the State of Oregon. To the extent a response is required, Defendants deny liability under the FDCPA.

6.4     This paragraph of the Complaint does not set forth a factual allegation, but merely quotes 15 U.S.C. § 1692e. To the extent a response is required, Defendants deny liability under the FDCPA.

6.5     This paragraph of the Complaint does not set forth a factual allegation, but merely quotes 15 U.S.C. § 1692e(2). Defendants admit, however, that the conduct described in 15 U.S.C. § 1692e(2) is an enumerated violation of 15 U.S.C. § 1692e.

6.6     This paragraph of the Complaint does not set forth a factual allegation, but merely quotes 15 U.S.C. § 1692e(5) and cites to a case from the United States District Court for the Western District of Washington. To the extent a response is required, Defendants deny liability under the FDCPA.

ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S AMENDED COMPLAINT - 12
2:15-cv-01332-MAT
5805323.doc

LEE·SMART

P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

6.7     This paragraph of the Complaint does not set forth a factual allegation, but partially quotes 15 U.S.C. § 1692e(10). To the extent a response is required, Defendants deny liability under the FDCPA.

6.8     This paragraph of the Complaint does not set forth a factual allegation, but makes a statement about the law. To the extent a response is required, Defendants deny liability under the FDCPA.

6.9     This paragraph of the Complaint does not set forth a factual allegation, but makes a statement about the law. To the extent a response is required, Defendants deny liability under the FDCPA.

6.10    This allegation calls for a legal conclusion and mischaracterizes a statement of law. To the extent a response is required, Defendants deny this allegation of the Complaint.

6.11    This paragraph of the Complaint does not set forth a factual allegation, but makes a statement about the law. To the extent a response is required, Defendants deny liability under the FDCPA.

6.12    Defendants deny the allegations contained in this paragraph of the Complaint.

6.13    Defendants deny the allegations contained in this paragraph of the Complaint.

6.14    Defendants deny causing Plaintiff damage and deny liability under the FDCPA. Defendants are currently without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations set forth in this paragraph of the Complaint, and therefore deny the same pursuant to Fed. R. Civ. P. 8(b)(5).

6.15    Defendants deny the allegations in this paragraph of the Complaint.

6.16    Defendants deny the allegations in this paragraph of the Complaint.

6.17    Defendants deny the allegations in this paragraph of the Complaint.

6.18    Defendants deny the allegations in this paragraph of the Complaint. Defendants also deny that injunctions are a permitted remedy under the FDCPA.

ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S AMENDED COMPLAINT - 13
2:15-cv-01332-MAT
5805323.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

## VII. SECOND CAUSE OF ACTION

7.1 Defendants re-allege paragraphs 1.1 through 6.18, inclusive as though fully set forth herein.

7.2 This paragraph of the Complaint does not set forth a factual allegation, but quotes RCW 19.86.020. To the extent a response is required, Defendants deny liability under the CPA.

7.3 This allegation merely states a legal conclusion. To the extent a response is required, Defendants deny liability under the CPA.

7.4 This allegation merely states a legal conclusion. To the extent a response is required, Defendants deny liability under the CPA.

7.5 This allegation merely states a legal conclusion. To the extent a response is required, Defendants deny liability under the CPA.

7.6 This allegation merely states a legal conclusion. Additionally, this paragraph of the Complaint does not set forth a factual allegation, but merely quotes a Washington state case. To the extent a response is required, Defendants deny liability under the CPA.

7.7 This allegation merely states a legal conclusion. Additionally, this paragraph of the Complaint does not set forth a factual allegation, but merely quotes 15 U.S.C. §45(a)(1). To the extent a response is required, Defendants deny liability under the CPA.

7.8 This allegation merely states a legal conclusion. Additionally, this paragraph of the Complaint does not set forth a factual allegation, but merely quotes 15 U.S.C. §45(a)(1). To the extent a response is required, Defendants deny liability under the CPA.

7.9 This allegation merely states a legal conclusion. Additionally, this paragraph of the Complaint does not set forth a factual allegation, but merely quotes 15 U.S.C. §45(a)(1). To the extent a response is required, Defendants deny liability under the CPA.

ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT - 14
2:15-cv-01332-MAT
5805323.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

7.10    This paragraph of the Complaint does not set forth a factual allegation, but merely quotes a Washington State case. To the extent a response is required, Defendants deny liability under the CPA.

7.11    This allegation merely states a legal conclusion. To the extent a response is required, Defendants deny liability under the CPA.

7.12    This allegation merely states a legal conclusion. To the extent a response is required, Defendants deny liability under the CPA.

7.13    This allegation merely states a legal conclusion. To the extent a response is required, Defendants deny liability under the CPA.

7.14    Defendants deny the allegations contained in this paragraph of the Complaint.

7.15    This allegation merely states a legal conclusion. To the extent a response is called for, Defendants deny Plaintiff's allegations contained in this paragraph of the Complaint and deny liability under the CPA.

7.16    Defendants deny the allegations contained in this paragraph of the Complaint.

7.17    Defendants deny the allegations contained in this paragraph of the Complaint.

7.18    This allegation merely calls for a legal conclusion. To the extent a response is required, Defendants deny liability under Washington's Collection Agency Act ("WCAA").

7.19    Defendants deny the allegations contained in this paragraph of the Complaint.

7.20    Defendants deny the allegations contained in this paragraph of the Complaint.

7.21    Defendants deny the allegations contained in this paragraph of the Complaint.

7.22    Defendants deny the allegations contained in this paragraph of the Complaint.

7.23    This allegation merely calls for a legal conclusion and merely cites to a case from the Washington State Court of Appeals. To the extent a response is required, Defendants deny liability under the WCAA and the CPA.

ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT - 15
2:15-cv-01332-MAT
5805323.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

7.24 Defendants deny the allegations contained in this paragraph of the Complaint.

7.25 Defendants deny the allegations contained in this paragraph of the Complaint.

7.26 Defendants deny the allegations contained in this paragraph of the Complaint.

7.27 Defendants deny the allegations contained in this paragraph of the Complaint.

## VIII. PLAINTIFF'S PRAYER FOR RELIEF

8.1 To the extent a response is called for, Defendants deny Plaintiff's prayer for relief in its entirety.

## IX. REQUEST FOR TRIAL BY JURY

9.1 Plaintiff's jury demand does not require a response from Defendants.

## X. AFFIRMATIVE DEFENSES

BY WAY OF FURTHER ANSWER, and without admitting any matters previously denied, Defendants assert the following affirmative defenses:

1. Plaintiff's counsel, in bad faith, and with unclean hands, affirmatively took steps to prevent Defendants from complying with the FDCPA and thereby create this lawsuit.

2. This action has been brought in bad faith and for the purpose of harassment so that, pursuant to 15 U.S.C. § 1692k(a)(3). Defendants are entitled to an award of reasonable attorney fees and costs.

3. Plaintiff's counsel has unreasonably and vexatiously multiplied the proceedings, subjecting her to personally satisfy the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct pursuant to 28 U.S.C. § 1927.

4. To the extent that Plaintiff has stated a claim under the FDCPA, her claims are barred by the "bona fide error" exception of the FDCPA 15 U.S.C. § 1692k(c).

ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S AMENDED COMPLAINT - 16
2:15-cv-01332-MAT
5805323.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

5. To the extent that Plaintiff has stated a claim under the FDCPA, such claims were caused by the acts and omissions of third-parties over whom Defendants did not have control, and therefore Defendants should not be liable.

6. Plaintiff may have failed to timely serve Defendants.

7. Plaintiff's claims may be barred by the statute of limitations.

8. Defendants did not violate the federal Fair Debt Collection Practices Act ("FDCPA").

9. Plaintiff's FDCPA claims are barred in regard to events that occurred after commencement of representation by counsel, pursuant to *Guerrero v. RJM Acquisitions LLC*, 499 F.3d 926 (9th Cir. 2007).

10. Plaintiff owed the debt sued upon in the underlying case, and her damages, if any, were caused or contributed to by her own actions, either intentional or otherwise.

11. The acts of Defendants were undertaken in good faith under a reasonable interpretation of the law.

12. Plaintiff has failed to mitigate her damages, if any.

## XI. RESERVATION OF RIGHTS

Defendants reserves the right to amend this Answer by way of adding affirmative defenses, counter claims, cross claims, or third-party claims as the existence of such claims is discovered in the future.

## XII. DEFENDANT'S PRAYER FOR RELIEF

Having answered Plaintiff's Complaint, Defendants pray for judgment as follows:

1. For Plaintiff's Complaint to be dismissed with prejudice;

2. For Defendants to be awarded reasonable attorney's fees and taxable costs incurred in defending this cause to the fullest extent under the law;

ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S AMENDED COMPLAINT - 17
2:15-cv-01332-MAT
5805323.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

3. For sanctions for bad-faith litigation under Rule 11, 15 U.S.C. § 1692k(a)(3), and the inherent authority of this court.

4. For such other relief as this court may deem just and equitable.

Respectfully submitted this 2nd day of October 2015.

        LEE SMART, P.S., INC.

By: s/ Marc Rosenberg
    Marc Rosenberg, WSBA No. 31034
    Of Attorneys for Defendants
    Patenaude & Felix, A.P.C.,
    and Matthew Cheung

    1800 One Convention Place
    701 Pike St.
    Seattle, WA 98101-3929
    (206) 624-7990
    mr@leesmart.com

ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S AMENDED COMPLAINT - 18
2:15-cv-01332-MAT
5805323.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

# CERTIFICATE OF SERVICE

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

| | |
|---|---|
| Antoinette Marie Davis | tonie@toniedavislaw.com |
| Kirk D Miller | kmiller@millerlawspokane.com |
| Christina Latta Henry | chenry@hdm-legal.com |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge.

Dated this 2nd day of October, 2015 at Seattle, Washington.

LEE SMART, P.S., INC.

By: /s Marc Rosenberg
Marc Rosenberg, WSBA No. 31034
Of Attorneys for Defendants
Patenaude & Felix, A.P.C.,
and Matthew Cheung

1800 One Convention Place
701 Pike St.
Seattle, WA 98101-3929
(206) 624-7990
mr@leesmart.com

ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT - 19
2:15-cv-01332-MAT
5805323.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944