# Exhibit 1

{885844.DOC}



The law offices of
# Antoinette M. Davis

November 5, 2014

SENT VIA U.S. MAIL & FACSIMILE
Patenaude & Felix, APC
Matthew Cheung
2200 6th Ave.
Ste. 790
Seattle, WA 98121
Fax: 858-836-0318

| | |
|---|---|
| File ID: | 14-33608 |
| Our Client: | Jennyl D Calugas |
| Creditor: | National Collegiate Trust |
| Account Number Ending In: | 1000 |

Dear Counsel:

Please be advised that we represent Jennyl D. Calugas in the above referenced matter and for the above referenced account. Please serve all notices, motions, papers and pleadings filed in the above referenced matter, exclusive of original process, upon the undersigned at the address stated below.

Should you have any questions and/or concerns, please feel free to contact our office.

Very truly yours,

ANTOINETTE M. DAVIS LAW, PLLC

Rebecca A. Hernández

Antoinette M. Davis Law, PLLC is a debt relief agency. We help people file for bankruptcy relief under the Bankruptcy Code.

☎ : (866) 489-0960 (Toll Free)
☎ : (206) 486-1011
📠 : (206) 905-5910
✉ : tonie@toniedavislaw.com
🌐 : www.toniedavislaw.com

528 Third Avenue West
Suite 102
Seattle
Washington 98119