UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNYL CALUGAS,<br><br>            Plaintiff,<br><br>vs.<br><br>PATENAUDE & FELIX, APC, a California Corporation; and MATTHEW CHEUNG, and individual,<br><br>            Defendants.<br><br>PATENAUDE & FELIX, APC,<br><br>            Third-Party Plaintiff,<br><br>vs.<br><br>LAW OFFICES OF ANTOINETTE M. DAVIS, PLLC,<br><br>            Third-Party Defendant. | NO. 2:15-cv-01332-RAJ<br><br><br><br><br><br>DECLARATION OF SCOTT DAVID SMITH |

I, SCOTT DAVID SMITH, declare as follows:

1. I am one of the attorneys representing third-party defendant Law Offices of Antoinette M. Davis ("Davis Law") in this matter and make this declaration based upon personal knowledge.

////

Declaration of Scott David Smith
(2:15-cv-01332-RAJ) - 1

FURY DUARTE PS
TRIAL LAWYERS
710 10th Avenue East
PO Box 20397
Seattle, WA 98102
t: (206) 726-6600
f: (206) 726-0288

2. Attached hereto are true and correct copies of the following documents:

Exhibit 1: Davis Law's November 5, 2014 letter notice of representation and the first page of P&F's state-court complaint for its action against Jennyl Calugas in King County Superior Court; and

Exhibit 2: Three King County Superior Court Orders: (1) Order of Default and Default Judgment; (2) Order to Vacate Default Judgment; and (3) Order on Motion for Attorney Fees and Costs.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

SIGNED at Seattle, Washington this 25th day of November, 2015.

_____
SCOTT DAVID SMITH

Declaration of Scott David Smith
(2:15-cv-01332-RAJ) - 2

FURY DUARTE PS
TRIAL LAWYERS
710 10th Avenue East
PO Box 20397
Seattle, WA 98102
t: (206) 726-6600
f: (206) 726-0288