# EXHIBIT 1

# amd
## The law offices of
# Antoinette M. Davis

November 5, 2014

SENT VIA U.S. MAIL & FACSIMILE
Patenaude & Felix, APC
Matthew Cheung
2200 6th Ave.
Ste. 790
Seattle, WA 98121
Fax: 858-836-0318

    File ID:                          14-33608
    Our Client:                   Jennyl D Calugas
    Creditor:                     National Collegiate Trust
    Account Number Ending In:  1000

Dear Counsel:

Please be advised that we represent Jennyl D. Calugas in the above referenced matter and for the above referenced account. Please serve all notices, motions, papers and pleadings filed in the above referenced matter, exclusive of original process, upon the undersigned at the address stated below.

Should you have any questions and/or concerns, please feel free to contact our office.

                                                          Very truly yours,
                                        ANTOINETTE M. DAVIS LAW, PLLC

                                                          Rebecca A. Hernández

Antoinette M. Davis Law, PLLC is a debt relief agency. We help people file for bankruptcy relief under the Bankruptcy Code.

☎ : (866) 489-0960 (Toll Free)
☎ : (206) 486-1011
📠 : (206) 905-5910
✉ : tonie@toniedavislaw.com
🌐 : www.toniedavislaw.com

528 Third Avenue West
Suite 102
Seattle
Washington 98119

FILED
14 NOV 13 AM 9:00

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 14-2-30721-7 SEA

IN THE SUPERIOR COURT OF STATE OF WASHINGTON
FOR KING COUNTY

| | |
|---|---|
| NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-4, A DELAWARE STATUTORY TRUST<br><br>Plaintiff,<br><br>vs.<br><br>JENNYL D CALUGAS and LULU CALUGAS,<br><br>Defendants. | No.<br><br>**COMPLAINT FOR MONIES DUE** |

The plaintiff alleges as follow:

1. The plaintiff NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-4, A DELAWARE STATUTORY TRUST is duly authorized to bring this action in the State of Washington.

2. The defendant is believed to be a married individual and as such incurred the below-referenced separate and community obligation.

3. The defendant is a resident of King County, Washington.

4. The defendant entered into a loan agreement with the plaintiff or the plaintiff's assignor BANK OF AMERICA, NA.

5. At all times relevant to this action, the plaintiff had in effect a loan agreement on which the defendant was and continues to be the primary obligor on that loan.

///

COMPLAINT FOR MONIES DUE
P&F FILE# 14-33608
WA_85 Complaint

PATENAUDE & FELIX, A.P.C.
2200 6th Avenue, Suite 790, Seattle, WA 98121
Tel: (206) 441-4065  Toll Free: (800) 832-7675

# EXHIBIT 2

FILED
KING COUNTY, WASHINGTON

NOV 17 2014

SUPERIOR COURT CLERK

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR KING COUNTY

| | |
|---|---|
| NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-4, A DELAWARE STATUTORY TRUST<br><br>Plaintiff,<br><br>vs.<br><br>JENNYL D CALUGAS and LULU CALUGAS,<br><br>Defendants. | Case No.: 14-2 30721 7<br><br>ORDER OF DEFAULT AND DEFAULT JUDGMENT<br><br>(CLERK'S ACTION REQUIRED) |

## I. JUDGMENT SUMMARY

Judgment Creditor:                NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-4, A DELAWARE STATUTORY TRUST

Attorney for Judgment Creditor:   MATTHEW CHEUNG;
                                  PATENAUDE & FELIX, A.P.C.

Judgment Debtor:                  JENNYL D CALUGAS

| | |
|---|---|
| Principal Amount: | $29,586.37 |
| Interest to Date of Judgment: | $3,696.45 |
| Costs: | $337.50 |
| Principal Total: | $33,620.32 |
| Attorney's Fee: | $0.00 |
| Less: Credit of | $0.00 |
| TOTAL JUDGMENT: | $33,620.32 |

For Post Judgment interest to run at the rate of 12% per annum from the date of judgment.

-1-

ORDER OF DEFAULT AND DEFAULT JUDGMENT

PATENAUDE & FELIX, A.P.C.
2200 6th Avenue, Suite 790, Seattle, WA 98121
Tel: (206) 441-4065  Toll Free: (800) 832-7675

WA_91A Ord of Def Jg                P&F File No. 14-33608

## II. ORDER AND JUDGMENT

The plaintiff's motion for an Order of Default and Default Judgment against the above named defendant came before the undersigned judge/court commissioner of this Court. The Court, having found that: (1) the defendant was duly served with a Summons and Complaint and has failed to appear, answer, or otherwise defend within the time provided by law; (2) finds that the venue is proper; and (3) the defendant is justly indebted to the plaintiff, as evidence by the proof presented herewith, now, therefore, it is hereby ORDERED, ADJUDGED, AND DECREED that the defendant, JENNYL D CALUGAS, is hereby in default.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the plaintiff shall have judgment against the defendant, JENNYL D CALUGAS, for the principal sum of $29,586.37, together with the plaintiff's cost of $337.50 and interest in the amount of $3,696.45, and less credits of 0.00, for a total Judgment of $33,620.32, and said Judgment shall bear interest at the highest legal rate.

ENTERED this _____ day of __11-17-14__, 20____.

_____
JUDGE/COURT COMMISSIONER

Presented by:

PATENAUDE & FELIX, A.P.C.

_____
MATTHEW CHEUNG, WSBA #43067
Attorney for Plaintiff
2200 6th Avenue, Suite 790
Seattle, WA 98121
Tel: (206) 441-4065

-2-
ORDER OF DEFAULT AND DEFAULT JUDGMENT

Honorable John Chun
Hearing: January 23, 2015
Time: 11:00 am



KING COUNTY, WASHINGTON
JAN 23 2015
SUPERIOR COURT CLERK
BY Geylar Greer
DEPUTY

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR KING COUNTY AT KENT

| | |
|---|---|
| NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-4, A DELAWARE STATUTORY TRUST<br><br>Plaintiff,<br><br>v.<br><br>JENNYL D. CALUGAS and LULU CALUGAS<br><br>Defendant(s). | No. 14-2-30721-7 KNT<br><br>ORDER TO VACATE DEFAULT JUDGMENT<br>[CLERK'S ACTION REQUIRED] |

THIS MATTER having come before the Court on the Defendant's Motion to Show Cause and Vacate the default and default judgment obtained by Plaintiff on November 17, 2014, the Court having the Court having reviewed and considered the pleadings, declarations, exhibits and other evidence on file herein, and the Court having heard oral argument, and the Court finding that good cause exists for entry of this order; now therefore, it is hereby

ORDERED of the Default and Default Judgment entered November 17, 2014 is vacated; and

ORDER TO VACATE DEFAULT JUDGMENT - 1

ANTOINETTE M. DAVIS LAW PLLC
528 Third Avenue West, Suite 102
Seattle, Washington 98119
206-486-1011 – Main
206-905-5910 - Fax

1   IT IS FURTHER ORDERED that Defendant shall be entitled to attorneys' fees and

2   costs, to be considered by under separate motion without oral argument; and

    *CONFIRMED THERE IS NOT A JUDGMENT* — J.C.

3   IT IS FURTHER ~~ORDERED that the judgment entered by the Clerk against Defendant~~

4   *AGAINST* Lulu Calugas ~~is hereby vacated.~~

5

6   Entered this  23rd  day of  January, 2015 .

7

8   _____
    Judge/~~Commissioner~~
9                JOHN H. CHUN

10  Respectfully Presented by:
    ANTOINETTE M. DAVIS LAW, P.L.L.C
11

12  */s/Antoinette M. Davis*
    Antoinette M. Davis, WSBA #29821
13  Attorney for Jennyl Calugas

14

15

16

17

18

19

20

21

22

23

24

25

ORDER TO VACATE DEFAULT JUDGMENT - 2                ANTOINETTE M. DAVIS LAW PLLC
                                                    528 Third Avenue West, Suite 102
                                                    Seattle, Washington 98119
                                                    206-486-1011 – Main
                                                    206-905-5910 - Fax

FILED
KING COUNTY WASHINGTON

FEB 10 2015

SUPERIOR COURT CLERK
BY Theresa Graham
DEPUTY

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR KING COUNTY AT SEATTLE

| | |
|---|---|
| NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-4, A DELAWARE STATUTORY TRUST<br><br>Plaintiff,<br>v.<br><br>JENNYL D. CALUGAS and LULU CALUGAS<br>Defendant(s). | No. 14-2-30721-7 SEA<br><br>ORDER ON MOTION FOR ATTORNEY FEES AND COSTS<br>[CLERK'S ACTION REQUIRED] |

THIS MATTER having come before the Court on the Defendant's Motion for Attorney Fees and Costs on February 10, 2015, the Court having reviewed and considered the Defendant's Motion for Attorneys Fees and Costs, Supplemental Declaration of Antoinette M. Davis, Declaration of Christina L. Henry, Declaration of Jennyl Calugas, Plaintiff's Response, Defendant's Reply, and any other pleadings, declarations, exhibits, and evidence on file herein, and the Court finding that good cause exists for entry of this order; now therefore, it is hereby

ORDER ON MOTION FOR ATTORNEY FEES AND COSTS - 1

ORIGINAL

ANTOINETTE M. DAVIS LAW PLLC
528 Third Avenue West, Suite 102
Seattle, Washington 98119
206-486-1011 – Main
206-905-5910 – Fax

ORDERED that Plaintiff shall pay Defendant attorneys' fees and costs associated with the show cause and vacate motions, as well as the Motion for Attorneys Fees, in the amount of ~~$9230.48~~ $5,000 — (J.H.C.) and

IT IS FURTHER ORDERED that the sums shall be remitted to Defendant Calugas through counsel within ten (10) days of this order; and

IT IS FURTHER ORDERED that the interest on Defendant's unpaid attorneys' fees and costs shall be incurred at 12% per annum.

Entered this 10th day of FEB.

Judge/~~Commissioner~~

**JOHN H. CHUN**

Respectfully Presented by:
ANTOINETTE M. DAVIS LAW, P.L.L.C

/s/Antoinette M. Davis
Antoinette M. Davis, WSBA #29821
ANTOINETTE M. DAVIS LAW, P.L.L.C
Christina L. Henry, WSBA #31273
Henry, DeGraaff & McCormick, P.S.
Attorney for Jennyl Calugas

ORDER ON MOTION FOR ATTORNEY FEES AND COSTS - 2

ANTOINETTE M. DAVIS LAW PLLC
528 Third Avenue West, Suite 102
Seattle, Washington 98119
206-486-1011 – Main
206-905-5910 – Fax