The Honorable Richard A. Jones
Hearing Date: January 8, 2016
Location: US Courthouse/ Seattle
Response Date: January 4, 2016

**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| JENNYL CALUGAS;<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PATENAUDE & FELIX, A.P.C., a California Corporation; and MATTHEW CHEUNG, an individual,<br><br>　　　　Defendants. | Case No. 2:15-cv-01332- RAJ<br><br>MOTION FOR WITHDRAWAL OF ATTORNEYS<br><br>NOTE ON MOTION CALENDAR:<br> January 8, 2016 |

　　　　Pursuant to General Rule 2(g)(4)(A), the undersigned attorneys, Christina L. Henry of Henry, DeGraaff & McCormick, PS, Antoinette M. Davis of Antoinette M. Davis Law, PLLC, and Kirk Miller of Kirk D. Miller, PS, respectfully move this Court for leave to withdraw as attorneys for Plaintiff Jennyl Calugas in the above captioned matter.

　　　　The Local Rules of the U.S. District Court for the Western District of Washington provide that an attorney who has appeared in a civil case may not withdraw "except by leave of court," which shall be obtained "by filing a motion….. and a proposed order for withdrawal." LCR 83.2(b)(1).  Such a motion to withdraw must be noted in accordance with the Local Rules of the

MOTION FOR WITHDRAWAL OF ATTORNEYS - 1

HENRY, DEGRAAFF & MCCORMICK, PS
1833 N 105TH ST, STE 203
SEATTLE, WA 98133
telephone (206) 330-0595
fax (206) 400-7609

US District Court for the Western District of Washington and shall include a certification that the motion was served on the client and opposing counsel. LCR 83.2(b)(1).

Pursuant to LCR 83.2(b)(1), attorneys in a civil case will ordinarily be granted leave to withdraw until sixty days before the discovery cut-off date in a civil case. Under the Washington State Rules of Professional Responsibility, a lawyer may withdraw from representing a client if the withdrawal will not create a materially adverse effect on the interests of the client. In the instant matter, the undersigned attorneys maintains that the prosecution of this lawsuit will not be disrupted by withdrawal of Plaintiff's counsel. A **trial date is set for January 23, 2017** and the **discovery cut-off is set for September 26, 2016**.

The Washington Rules of Professional Conduct specifically permit a lawyer to withdraw when good cause for withdrawal exists. Wash.R.Prof'l Conduct 1.16(b)(7). This case has just begun and the only pressing deadline in this case regards the Plaintiff's delayed replies to interrogatory and requests for production propounded by Defendants Patenaude & Felix, A.P.C. and Matthew Cheung. There has been a breakdown in the professional relationship and communication between the Plaintiff and her attorneys is such that effective representation is impossible. Plaintiff's counsel requests that the court allow an additional fifteen days after entry of this order for withdrawal of counsel to allow Plaintiff time to seek the assistance of new counsel prior to their delivery, without waiver of any discovery objections due to their delay.

Upon this basis, and having complied with the Local Rules, Christina L. Henry of Henry, DeGraaff & McCormick, PS, Antoinette M. Davis of Antoinette M. Davis Law, PLLC, and Kirk Miller of Kirk D. Miller, PS respectfully request permission to withdraw as counsel for Plaintiff Jennyl Calugas.

MOTION FOR WITHDRAWAL OF ATTORNEYS - 2

HENRY, DEGRAAFF & MCCORMICK, PS
1833 N 105TH ST, STE 203
SEATTLE, WA 98133
telephone (206) 330-0595
fax (206) 400-7609

1  DATED this 18th day of December, 2015.

2

3  */s/ Christina L Henry*
   Christina Latta Henry, WSBA #31273
4  HENRY DEGRAAFF & MCCORMICK, PS
   1833 North 105th Street, Suite 203
5  Seattle, WA 98133-8973
   Telephone: (206) 330-0595
6  Facsimile: (206) 400-7609
   Email: chenry@HDM-legal.com

7  */s/ Antoinette M Davis*
   Antoinette M. Davis, WSBA# 29821
8  Antoinette M Davis Law, PLLC
   528 Third Avenue West, Suite 102
9  Seattle, WA 98119
   Telephone: (206) 486-1011
10 Facsimile: (206) 905-5910

11 */s/ Kirk D. Miller*
   Kirk D. Miller, WSBA# 40025
12 421 W Riverside Ave, Ste 704
   Spokane, WA 99201
13 Tel# 509-413-1494
   Fax# 509-413-1724
14
   *Attorneys for Plaintiff*
15

16

17

18

19

20

21

22

23

24

25

26

27 MOTION FOR WITHDRAWAL OF ATTORNEYS - 3    **HENRY, DEGRAAFF & MCCORMICK, PS**
                                              1833 N 105TH ST, STE 203
                                              SEATTLE, WA 98133
                                              telephone (206) 330-0595
                                              fax (206) 400-7609

# CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Marc Rosenberg    lawyermarc@comcast.net, mr@leesmart.com
Antoinette Marie Davis    sam@toniedavislaw.com, incoming@toniedavislaw.com, tonie@toniedavislaw.com, admin@toniedavislaw.com, rebecca@toniedavislaw.com
Kirk D Miller    relston@millerlawspokane.com, kmiller@millerlawspokane.com
C Steven Fury    scott@furyduarte.com, steve@furyduarte.com, tonya@furyduarte.com, stefanie@furyduarte.com
Vonda Michell Sargent    sisterlaw@me.com, fishwithme119@gmail.com, krysta.renton@icloud.com

and I hereby certify that I mailed the document via US Postal Service first class and Certified Mail on December 18, 2015 to the Plaintiff Jennyl Calugas at the following address:

14027 35th Avenue NE, Seattle, WA 98125

I also emailed notification of such filing to the following email addresses:

Jennyl Calugas – jennyljoy@gmail.com

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES AND THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED in Seattle, WA this 18th day of December, 2015.

　　　　　　　　　　　　　　　　　　 /s/ Christina L Henry
　　　　　　　　　　　　　　　　　Christina L. Henry

MOTION FOR WITHDRAWAL OF ATTORNEYS - 4

HENRY, DEGRAAFF & MCCORMICK, PS
1833 N 105TH ST, STE 203
SEATTLE, WA 98133
telephone (206) 330-0595
fax (206) 400-7609