The Honorable Richard A. Jones
Hearing Date: January 8, 2016
Location: US Courthouse/ Seattle
Response Date: January 4, 2016

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JENNYL CALUGAS; | Case No.  2:15-cv-01332- RAJ |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING WITHDRAWAL OF ATTORNEYS |
| PATENAUDE & FELIX, A.P.C., a California Corporation; and MATTHEW CHEUNG, an individual, | (Clerk's Action Required) |
| Defendants. | |

THIS MATTER having come before the above-entitled Court on the Motion for Withdrawal of Attorneys ("Motion") filed by counsel for Jennyl Calugas, the Court having considered the Motion and accompanying Declaration of Christina L. Henry in Support of Motion for Withdrawal of Attorney; Responses, if any; and any reply papers;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion for Withdrawal of Attorney is GRANTED.  Christina L. Henry of Henry, DeGraaff & McCormick, PS, Antoinette M. Davis of Antoinette M. Davis Law, PLLC, and Kirk Miller of Kirk D. Miller, PS, are hereby considered to have withdrawn from this matter as attorneys for Jennyl Calugas.

ORDER GRANTING WITHDRAWAL OF ATTORNEYS - 1

HENRY, DEGRAAFF & MCCORMICK, PS
1833 N 105TH ST, STE 203
SEATTLE, WA 98133
telephone (206) 330-0595
fax (206) 400-7609

IT IS FURTHER ORDERED that Plaintiff shall have an additional fifteen days after entry of this Order for Withdrawal of Attorneys to allow Plaintiff enough time to seek the assistance of new counsel prior to her delivery, without waiver of any discovery due to a delay.

IT IS FURTHER ORDERED that the Plaintiff can be contacted directly at the following address 14027 35th Ave NE., Seattle WA 98125 for all future noticing.  Her telephone contact is tel# 253-334-3001.

DONE IN OPEN COURT this _____ day of January 2016.

_____
JUDGE RICHARD A. JONES

Presented by:

//s/ Christina L Henry
Christina Latta Henry, WSBA #31273
HENRY DEGRAAFF & MCCORMICK, PS
1833 North 105th Street, Suite 203
Seattle, WA 98133-8973
Telephone: (206) 330-0595
Facsimile: (206) 400-7609
Email: chenry@HDM-legal.com

/s/ Antoinette M Davis
Antoinette M. Davis, WSBA# 29821
Antoinette M Davis Law, PLLC
528 Third Avenue West, Suite 102
Seattle, WA 98119
Telephone: (206) 486-1011
Facsimile: (206) 905-5910

/s/ Kirk D. Miller
Kirk D. Miller, WSBA# 40025
421 W Riverside Ave, Ste 704
Spokane, WA 99201
Tel# 509-413-1494
Fax# 509-413-1724

ORDER GRANTING WITHDRAWAL OF ATTORNEYS - 2

HENRY, DEGRAAFF & MCCORMICK, PS
1833 N 105TH ST, STE 203
SEATTLE, WA 98133
telephone (206) 330-0595
fax (206) 400-7609

# CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Marc Rosenberg    lawyermarc@comcast.net, mr@leesmart.com
Antoinette Marie Davis    sam@toniedavislaw.com, incoming@toniedavislaw.com, tonie@toniedavislaw.com, admin@toniedavislaw.com, rebecca@toniedavislaw.com
Kirk D Miller    relston@millerlawspokane.com, kmiller@millerlawspokane.com
C Steven Fury    scott@furyduarte.com, steve@furyduarte.com, tonya@furyduarte.com stefanie@furyduarte.com
Vonda Michell Sargent    sisterlaw@me.com, fishwithme119@gmail.com, krysta.renton@icloud.com

and I hereby certify that I mailed the document via US Postal Service first class and

Certified Mail on December 18, 2015 to the Plaintiff Jennyl Calugas at the following address:

14027 35th Avenue NE, Seattle, WA 98125

I also emailed notification of such filing to the following email addresses:

Jennyl Calugas – jennyljoy@gmail.com

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES AND THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED in Seattle, WA this 18th day of December, 2015.

*/s/ Christina L Henry*
Christina L. Henry

ORDER GRANTING WITHDRAWAL OF ATTORNEYS - 3

HENRY, DEGRAAFF & MCCORMICK, PS
1833 N 105TH ST, STE 203
SEATTLE, WA 98133
telephone (206) 330-0595
fax (206) 400-7609