# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JENNYL CALUGAS;<br><br>        Plaintiff,<br><br>    v.<br><br>PATENAUDE & FELIX, A.P.C., a California Corporation; and MATTHEW CHEUNG, an individual,<br><br>        Defendants. | Case No. 2:15-cv-01332- RAJ<br><br>DECLARATION OF CHRISTINA L HENRY IN SUPPORT OF MOTION FOR WITHDRAWAL OF ATTORNEYS<br><br>NOTE ON MOTION CALENDAR:<br>January 8, 2016 |

I, Christina L. Henry, declare and state as follows:

1. I am an attorney with Henry, DeGraaff & McCormick, PS and am one of the counsels of record for Plaintiff Jennyl Calugas. I make this statement based on personal knowledge and am prepared and competent to testify the matter set forth in this declaration.

2. I request permission to withdraw as counsel for Plaintiff Jennyl Calugas on behalf of Christina L. Henry of Henry, DeGraaff & McCormick, Antoinette M. Davis of Antoinette M.

Davis Law, PLLC and Kirk Miller of Kirk D. Miller, PS, because there has been a breakdown in the professional relationship and communication with the Plaintiff.

3. Our inability to communicate with our client has irretrievably broken down the necessary communication between attorneys and client, leaving any continued advocacy for her desired outcome impossible.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES AND THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED at Seattle, WA this 18th day of December, 2015.

*/s/ Christina L Henry*
Christina L Henry

DECLARATION OF CHRISTINA L HENRY IN SUPPORT OF MOTION TO WITHDRAW - 2

HENRY, DEGRAAFF & MCCORMICK, PS
1833 N 105TH ST, STE 203
SEATTLE, WA 98133
telephone (206) 330-0595

# CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Marc Rosenberg    lawyermarc@comcast.net, mr@leesmart.com
Antoinette Marie Davis    sam@toniedavislaw.com, incoming@toniedavislaw.com, tonie@toniedavislaw.com, admin@toniedavislaw.com, rebecca@toniedavislaw.com
Kirk D Miller    relston@millerlawspokane.com, kmiller@millerlawspokane.com
C Steven Fury    scott@furyduarte.com, steve@furyduarte.com, tonya@furyduarte.com, stefanie@furyduarte.com
Vonda Michell Sargent    sisterlaw@me.com, fishwithme119@gmail.com, krysta.renton@icloud.com

and I hereby certify that I mailed the document via US Postal Service first class and Certified Mail on December 18, 2015 to the Plaintiff Jennyl Calugas at the following address:

14027 35th Avenue NE, Seattle, WA 98125

I also emailed notification of such filing to the following email addresses:

Jennyl Calugas – jennyljoy@gmail.com

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES AND THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED in Seattle, WA this 18th day of December, 2015.

　　　　　　　　　　　　　　　　　　/s/ Christina L Henry
　　　　　　　　　　　　　　　　　　Christina L. Henry