# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JENNYL CALUGAS; <br><br> Plaintiff, <br><br> v. <br><br> PATENAUDE & FELIX, A.P.C., a California Corporation; and MATTHEW CHEUNG, an individual, <br><br> Defendants. | Case No. 2:15-cv-01332- RAJ <br><br> NOTICE OF HEARING ON MOTION FOR WITHDRAWAL OF ATTORNEYS <br><br> NOTE ON MOTION CALENDAR: January 8, 2016 |

PLEASE TAKE NOTICE that undersigned attorneys, Christina L. Henry of Henry, DeGraaff & McCormick, PS, Antoinette M. Davis of Antoinette M. Davis Law, PLLC, and Kirk Miller of Kirk D. Miller, PS, has filed a Motion to for Withdrawal of Attorney (the "Motion"). The hearing is set for January 8, 2016 at the US Courthouse, 700 Stewart Street, Suite 13106., Seattle, WA 98101.

IF YOU OPPOSE THE MOTION, you must file your written response with the court clerk, and deliver copies on the undersigned NOT LATER THAN THE RESPONSE DATE

NOTICE OF HEARING ON MOTION FOR WITHDRAWAL OF ATTORNEYS - 1

**HENRY, DEGRAAFF & MCCORMICK, PS**
1833 N 105TH ST, STE 203
SEATTLE, WA 98133
telephone (206) 330-0595
fax (206) 400-7609

which is **January 4, 2016**.  If you fail to file papers in written opposition to this motion, such failure may be considered by the court as an admission that the motion has merit.

Unless otherwise ordered by the court, all motions will be decided by the court without oral argument.

DATED this 18th day of December, 2015.

*/s/ Christina L Henry*
Christina Latta Henry, WSBA #31273
HENRY DEGRAAFF & MCCORMICK, PS
1833 North 105th Street, Suite 203
Seattle, WA 98133-8973
Telephone: (206) 330-0595
Facsimile: (206) 400-7609
Email: chenry@HDM-legal.com

*/s/ Antoinette M Davis*
Antoinette M. Davis, WSBA# 29821
Antoinette M Davis Law, PLLC
528 Third Avenue West, Suite 102
Seattle, WA 98119
Telephone: (206) 486-1011
Facsimile: (206) 905-5910

*/s/ Kirk D. Miller*
Kirk D. Miller, WSBA# 40025
421 W Riverside Ave, Ste 704
Spokane, WA 99201
Tel# 509-413-1494
Fax# 509-413-1724

NOTICE OF HEARING ON MOTION FOR WITHDRAWAL OF ATTORNEYS - 2

**HENRY, DEGRAAFF & MCCORMICK, PS**
1833 N 105TH ST, STE 203
SEATTLE, WA 98133
telephone (206) 330-0595
fax (206) 400-7609

# CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Marc Rosenberg     lawyermarc@comcast.net, mr@leesmart.com
Antoinette Marie Davis     sam@toniedavislaw.com, incoming@toniedavislaw.com, tonie@toniedavislaw.com, admin@toniedavislaw.com, rebecca@toniedavislaw.com
Kirk D Miller     relston@millerlawspokane.com, kmiller@millerlawspokane.com
C Steven Fury     scott@furyduarte.com, steve@furyduarte.com, tonya@furyduarte.com, stefanie@furyduarte.com
Vonda Michell Sargent     sisterlaw@me.com, fishwithme119@gmail.com, krysta.renton@icloud.com

and I hereby certify that I mailed the document via US Postal Service first class and Certified Mail on December 18, 2015 to the Plaintiff Jennyl Calugas at the following address:

14027 35th Avenue NE, Seattle, WA 98125

I also emailed notification of such filing to the following email addresses:

Jennyl Calugas – jennyljoy@gmail.com

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES AND THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED in Seattle, WA this 18th day of December, 2015.

　　　　　　　　　　　　 /s/ Christina L Henry
　　　　　　　　　　　　Christina L. Henry

NOTICE OF HEARING ON MOTION FOR WITHDRAWAL OF ATTORNEYS - 3

HENRY, DEGRAAFF & MCCORMICK, PS
1833 N 105TH ST, STE 203
SEATTLE, WA 98133
telephone (206) 330-0595
fax (206) 400-7609