Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JENNYL CALUGAS,<br><br>         Plaintiff,<br><br>     vs.<br><br>PATENAUDE AND FELIX, A.P.C., a California Corporation; and MATTHEW CHEUNG, an individual,<br><br>         Defendants. | No. 2:15-cv-01332-RAJ<br><br>DECLARATION OF MARC ROSENBERG IN RESPONSE TO MOTION TO WITHDRAW |

Marc Rosenberg states and declares as follows:

1.  I am an attorney for Defendants in the above-captioned matter. I am competent to testify and do so from personal knowledge.

2.  On August 19, 2015, Plaintiff filed this lawsuit against Mr. Cheung. (Dkt 1).

3.  On September 14, 2015, Plaintiff filed an Amended Complaint in this lawsuit against Mr. Cheung. (Dkt 8).

4.  On October 2, 2015, I filed an Answer to Plaintiff's Complaint on behalf of the Defendants in this matter. (Dkt 13).

5.  On October 16, 2015, I filed an Answer and Third-Party Complaint against Antoinette Davis on behalf of Defendants/Third-Party Plaintiffs in this matter. (Dkt 14).

DECLARATION OF MARC ROSENBERG IN
RESPONSE TO MOTION TO WITHDRAW - 1
2:15-cv-01332-RAJ
5843763.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

6. On November 6, 2015, I propounded discovery requests on Plaintiff on behalf of my client. Ex. 1 [11/06/15 Email and Discovery Requests]. The discovery requests were very modest and straightforward, consisting of only six Interrogatories and six Requests for Production. *Id.*

7. On December 7, 2015, Plaintiff requested a week-long extension to respond to the discovery requests, which I immediately granted. Ex. 2 [12/07/15 Email].

8. On December 16, 2015, when no discovery responses were received, counsel queried as to the status of discovery responses. Ex. 3 [Chain email of 11/16/15-11/18/15].

9. On December 18, 2015, I followed up and was advised that Plaintiff would provided a "response" that day. *Id*. Later that day, Plaintiffs' counsel moved to withdraw. (Dkt 30). In their motion, Plaintiffs' counsel concedes that Plaintiffs' discovery responses are overdue. (Dkt 30 at 2) ("[t]his case has just begun and the only pressing deadline in this case regards the Plaintiff's delayed replies to interrogatory and requests for production propounded by Defendants Patenaude & Felix, A.P.C.").

10. On December 18, 2015, I conferred with Plaintiffs' counsel Kirk Miller, of the law firm of Kirk D. Miller, PS. Mr. Miller informed me that Plaintiff had been provided with the discovery propounded by Defendants, but had since become nonresponsive. Mr. Miller suggested that I call Plaintiffs' counsel attorney Christina Henry at the law firm of Henry, DeGraaff & McCormick, PS or Antoinette M. Davis of the Law Offices of Antoinette M. Davis Law, PLLC.[1]

---

[1] It is unclear why Plaintiff needed three separate law firms to represent her. It seems to be a trend in FDCPA cases, where Plaintiffs' counsel apparently seek to build up attorney fees. In any case, I decided to call Ms. Henry and not Antoinette Mr. Davis because she is a represented party in this litigation, and, not having received unambiguous permission from her two attorneys, though it was sought, I felt that the ethical rules prevented me from contacting Ms. Davis directly. *See e.g., Engstrom v. Goodman*, 166 Wn. App. 905, 271 P.3d 959 (2012), *rev. denied*, 285 P.3d 884 (2012); *In re Disciplinary Proceeding Against Carmick*, 146 Wn.2d 582, 597, 48 P.3d 311, 319 (2002). As Plaintiff was represented by three separate law firms, and her own two counsel, I did not think there would be any prejudice to Plaintiff.

DECLARATION OF MARC ROSENBERG IN
RESPONSE TO MOTION TO WITHDRAW - 2
2:15-cv-01332-RAJ
5843763.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

11. On December 21, 2015, I then spoke to Ms. Henry. Ms. Henry confirmed that the discovery had been sent to Plaintiff, but that all she could say was that she had not heard back from her client. I indicated that I wished to consider the call a discovery conference, but Ms. Henry said that, because it had not been designated as a discovery conference prior to the call, that I needed to send an email to all counsel and request a discovery conference. Following the conference with Ms. Henry, I therefore sent an email requesting a discovery conference. Ex. 4 [11/21/15 Email]. There was no response from Plaintiffs' counsel to the request by the time of the filing of this response brief.

12. Defendants do not object to withdrawal of Plaintiffs' counsel, so long as it does not interfere with an orderly discovery process. However, we believe Defendants are entitled to response to the overdue responses to their discovery requests. Therefore, we request that any order entered by the Court regarding the withdrawal of counsel, should include a deadline for Plaintiff to provide discovery responses, and it should be confirmed that such order is timely provided to Plaintiff, so that discovery responses will be provided in an orderly manner.

13. The attached exhibits are true and correct copies of the originals:

**Exhibit 1**.   11/06/15 Email and Discovery Requests

**Exhibit 2**.   12/07/15 Email

**Exhibit 3**.   Chain email of 11/16/15-11/18/15

**Exhibit 4**.   11/21/15 Email

///
//
/

DECLARATION OF MARC ROSENBERG IN
RESPONSE TO MOTION TO WITHDRAW - 3
2:15-cv-01332-RAJ
5843763.doc

LEE·SMART

P.S., Inc. · Pacific Northwest Law Offices

1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

SIGNED in Seattle, Washington this 23rd day of December, 2015.

        LEE SMART, P.S., INC.

By: /s Marc Rosenberg
    Marc Rosenberg, WSBA No. 31034
    Of Attorneys for Defendants
    Patenaude & Felix, A.P.C., and
    Matthew Cheung

1800 One Convention Place
701 Pike St.
Seattle, WA 98101-3929
(206) 624-7990
mr@leesmart.com

DECLARATION OF MARC ROSENBERG IN RESPONSE TO MOTION TO WITHDRAW - 4
2:15-cv-01332-RAJ
5843763.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

# CERTIFICATE OF SERVICE

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

| | |
|---|---|
| Antoinette Marie Davis | tonie@toniedavislaw.com |
| Kirk D Miller | kmiller@millerlawspokane.com |
| Christina Latta Henry | chenry@hdm-legal.com |
| C Steven Fury | steve@furyduarte.com |
| Vonda Michell Sargent | sisterlaw@me.com |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, to the best of my knowledge.

Dated this 23rd day of December, 2015 at Seattle, Washington.

LEE SMART, P.S., INC.

By: /s Marc Rosenberg
Marc Rosenberg, WSBA No. 31034
Of Attorneys for Defendants
Patenaude & Felix, A.P.C., and
Matthew Cheung

1800 One Convention Place
701 Pike St.
Seattle, WA 98101-3929
(206) 624-7990
mr@leesmart.com

DECLARATION OF MARC ROSENBERG IN
RESPONSE TO MOTION TO WITHDRAW - 5
2:15-cv-01332-RAJ
5843763.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944