# Exhibit 1

{885844.DOC}

ROSE DEC 006

**Marc Rosenberg**

| | |
|---|---|
| **From:** | Marie Vestal Sharpe |
| **Sent:** | Friday, November 06, 2015 4:09 PM |
| **To:** | chenry@hdm-legal.com; kmiller@millerlawspokane.com |
| **Cc:** | Marc Rosenberg |
| **Subject:** | Calugas v. Patenaude & Felix - Discovery to Plaintiff |
| **Attachments:** | Calugas - Def Patenaude & Felix's First Rogs and RFP to Pl Calugas.pdf |

Ms. Henry and Mr. Miller,

Attached please find Defendant Patenaude & Felix, A.P.C.'s First Set of Interrogatories and Requests for Production to your client, Jennyl Calugas, in the above-captioned matter. The original will be delivered via messenger to Ms. Henry, copies to all other counsel in this matter by messenger or U.S. Mail.

Thank you,
Marie

Marie Vestal Sharpe  |  VCard  |  Email Legal Assistant to: Marc Rosenberg, Sam B. Franklin, Bradley D. Westphal

Lee Smart, P.S., Inc.  |  1800 One Convention Place  |  701 Pike St.  |  Seattle, WA  98101  |  www.leesmart.com
Telephone 206.624.7990  |  Toll-free 1.877.624.7990  |  Fax 206.624.5944

CONFIDENTIALITY NOTICE: This email message may be protected by the attorney/client privilege, work product doctrine or other confidentiality protection. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete it. Thank you.


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

ROSE DEC 007

1

2

3

4                                                          Hon. Marsha J. Pechman

5

6

7                    UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

JENNYL CALUGAS,

9                                                No. 2:15-cv-01332-MJP
            Plaintiff,
10                                               DEFENDANT PATENAUDE & FELIX,
       vs.                                       A.P.C.'S FIRST INTERROGATORIES
11                                               AND REQUESTS FOR PRODUCTION
PATENAUDE & FELIX, A.P.C., a California          TO PLAINTIFF JENNYL CALUGAS
12 Corporation; and MATTHEW CHEUNG, an
   individual,
13
            Defendants.
14

15 PATENAUDE & FELIX, A.P.C.,

16          Third-Party Plaintiff,

17     vs.

18 LAW OFFICES OF ANTOINETTE M.
   DAVIS, PLLC,
19
            Third-Party Defendants.
20

21 TO:        Jennyl Calugas, Plaintiff

22 AND TO:     All Counsel of Record

23

24

25

DEFENDANT PATENAUDE & FELIX, A.P.C.'S FIRST
INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO PLAINTIFF JENNYL CALUGAS - 1
2:15-cv-01332-MJP
5820679.doc

L E E · S M A R T
P.S., inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

ROSE DEC 008

## I. INSTRUCTIONS

Pursuant to Fed. R. Civ. P 33 and 34, you are requested to supply answers to interrogatories and responses to requests for production on the following pages. As required by Fed. R. Civ. P 33 and 34, please provide full and complete answers and responses to each and every part in the blank space provided, inserting additional pages where necessary; verify your answers on the form provided after the last interrogatory; and serve a complete set of the interrogatories, answers and attachments on the undersigned within thirty (30) days of receipt hereof. These interrogatories are continuing, pursuant to Fed. R. Civ. P 26(e), and defendant requests that answers and responses are supplemented in the event new or additional information becomes known.

Privilege. If in responding or failing to respond to a discovery requested herein you invoke or rely upon any privilege of any kind, please state specifically the nature of the privilege and the basis on which you invoke, rely or claim it, and identify all documents or other information, including contracts and communications which you believe to be embraced by the privilege invoked. Please then produce a privilege log.

You are requested to produce for inspection and copying the documents and tangible things listed herein at the offices of Lee, Smart, P. S., Inc. at 1800 One Convention Place, 701 Pike Street, Seattle, Washington 98101, within 30 days of service of this request.

Respectfully submitted this 6th day of November, 2015.

LEE SMART, P.S., INC.

By: Marc Rosenberg
Marc Rosenberg, WSBA No. 31034
Of Attorneys for Defendants /
Third-Party Plaintiffs

DEFENDANT PATENAUDE & FELIX, A.P.C.'S FIRST
INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO PLAINTIFF JENNYL CALUGAS - 2
2:15-cv-01332-MJP
5820679.doc

**LEE·SMART**
P.S., Inc. • Pacific Northwest Law Offices
1800 One Convention Place • 701 Pike Street • Seattle • WA • 98101-3929
Tel. 206.624.7990 • Toll Free 877.624.7990 • Fax 206.624.5944

ROSE DEC 009

## II.  INTERROGATORIES AND REQUESTS FOR PRODUCTION

**INTERROGATORY NO. 1.**   Identify all persons having knowledge of the relevant facts pertaining to this case, including contact information, and a brief statement of the information that these persons have or may have.   This request is intended to include all potential witnesses known to you or your attorneys.

   **ANSWER:**


**REQUEST FOR PRODUCTION NO. 1.**   If you kept a diary, journal, calendar, or similar record at any time within the last five (5) years, please produce each diary, journal, calendar, or similar record in its entirety.

   **RESPONSE.**


**INTERROGATORY NO. 2.**   Set forth with particularity each and every element of damages that you allege was incurred by you specifically as a result only of the acts and omissions that you allege were taken by Defendants, including special and general damages, if any, setting forth the amount of damage and the analysis used by you to compute the damages.

   **ANSWER:**


**REQUEST FOR PRODUCTION NO. 2.**   Produce all documents that support the response that Plaintiff provided to the preceding interrogatory.

   **RESPONSE.**

DEFENDANT PATENAUDE & FELIX, A.P.C.'S FIRST
INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO PLAINTIFF JENNYL CALUGAS - 3
2:15-cv-01332-MJP
5820679.doc

**L E E · S M A R T**

P.S., Inc. · Pacific Northwest Law Offices

1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

**INTERROGATORY NO. 3.**   If you have ever been involved in any other claims or lawsuits as a claimant, plaintiff, defendant, or other type of party, whether civil, criminal, domestic, or any type of proceeding, please provide a complete description of the proceeding or dispute, including such things, where applicable, as the year, jurisdiction, cause number, parties involved, and a basic description of the proceedings, including resolution of the matter.

**ANSWER:**


**REQUEST FOR PRODUCTION NO. 3.** Produce all documents in Plaintiff's possession related to or arising from any debt owed by Plaintiff to National Collegiate Trust.

**RESPONSE.**


**INTERROGATORY NO. 4.**   With respect to each and every communication that you may claim to have had with Defendants related to your claims in the above-referenced matter, whether written or oral, please set forth the date of the meeting, discussion and/or written letter; the names of those present; the location of the meeting and/or discussion; the length of the meeting and/or discussion; a statement describing the subject matter discussed and information conveyed by each party for each meeting and/or discussion identified; and identify with specificity each and every document which supports the facts or information set forth in response to the preceding interrogatory

**ANSWER:**


**REQUEST FOR PRODUCTION NO. 4.**    Produce all written communications between Plaintiff and Defendants.

**RESPONSE.**

DEFENDANT PATENAUDE & FELIX, A.P.C.'S FIRST
INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO PLAINTIFF JENNYL CALUGAS - 4
2:15-cv-01332-MJP
5820679.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**INTERROGATORY NO. 5.**   Please identify all places where you have been employed for the last 10 years, including the name and address of each employer, your job title, and the amount you were paid.

**ANSWER:**


**REQUEST FOR PRODUCTION NO. 5.**   Excluding communications with or to your attorney, please produce all notes, files, or any other document that you kept in regard to any communications occurring between you and Defendant.   However, produce these documents even if you subsequently also provided such documents to your attorney.

**RESPONSE.**


**INTERROGATORY NO. 6.**   Identify all electronic devices that you use, including computers, cell phones, or any other electronic media in which you create or save documents or communicate with other via email, texts, or other electronic means.

**ANSWER:**


**REQUEST FOR PRODUCTION NO. 6.**   Produce the credit report Plaintiff alleges to have obtained in ¶ 4.19 of the Amended Complaint.

**RESPONSE.**

DEFENDANT PATENAUDE & FELIX, A.P.C.'S FIRST
INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO PLAINTIFF JENNYL CALUGAS - 5
2:15-cv-01332-MJP
5820679.doc

**LEE·SMART**
P.S., Inc. • Pacific Northwest Law Offices
1800 One Convention Place • 701 Pike Street • Seattle • WA • 98101-3929
Tel. 206.624.7990 • Toll Free 877.624.7990 • Fax 206.624.5944

ROSE DEC 012

1

## CERTIFICATE

2

    The undersigned attorneys for plaintiff have read the foregoing Answers to

3  Interrogatories and Responses to Requests for Production and certify that they are in
   compliance with Federal Rules 26 through 37.

4

    DATED this ___ day of _____, 2015, in Seattle, WA.

5

6              KIRK D. MILLER, P.S.

7

8              By:_____
               Kirk D. Mille, WSBA No. 40025

9              Of Attorneys for Plaintiff

10             ANTOINETTE M. DAVIS LAW, PLLC

11

12             By:_____
               Antoinette M. Davis, WSBA No. 29821

13             Of Attorneys for Plaintiff /
               Third-Party Defendant

14

15

16             HENRY, DEGRAAFF & MCCORMICK, P.S.

17

18             By:_____
               Christina L. Henry, WSBA No. 31273

19             Of Attorneys for Plaintiff

20

21

22

23

24

25

DEFENDANT PATENAUDE & FELIX, A.P.C.'S FIRST
INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO PLAINTIFF JENNYL CALUGAS - 6
2:15-cv-01332-MJP
5820679.doc

ROSE DEC 013

1

**VERIFICATION**

2
STATE OF WASHINGTON )

3
                           ) ss
COUNTY OF KING      )

4

5
_____ , being first duly sworn on oath, depose and say:

6
    I am a plaintiff in the above action, have read the foregoing Answers to Interrogatories

7
and Responses to Requests for Production, know the contents thereof, and believe the same to
be true and complete.

8

9
_____

10
_____

11
    SUBSCRIBED AND SWORN TO before me this     day of _____ , 2015.

12

13
                    _____

14
                    Notary Public in and for the State

15
                    of Washington, residing at _____
                    My commission expires: _____

16

17

18

19

20

21

22

23

24

25

DEFENDANT PATENAUDE & FELIX, A.P.C.'S FIRST
INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO PLAINTIFF JENNYL CALUGAS - 7
2:15-cv-01332-MJP
5820679.doc

**LEE·SMART**
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

ROSE DEC 014

1                         DECLARATION OF SERVICE

2          I, declare that on the date provided below, I caused the foregoing document to be served

3   on the following individual(s) in the manner specified:

4

5   Counsel for Plaintiff
    Ms. Christina L. Henry                    Via: E-mail and Legal Messenger
6   Henry, DeGraaff & McCormick, P.S.
    1833 N. 105th Street, Suite 200
7   Seattle, WA 98133

8   Mr. Kirk D. Miller                        Via: E-mail and U.S. Mail
    Kirk D. Miller, P.S.
9   421 W. Riverside Ave, Ste 704
    Spokane, WA 99201

10

11  Counsel for Third-Party Defendant

12  Mr. C. Steven Fury                        Via: Legal Messenger
    Mr. Scott David Smith
13  Fury Duarte, P.S.
    710 10th Avenue E.
14  Seattle, WA 98102

15  Ms. Vonda M. Sargent                      Via: Legal Messenger
    Law Office of Vonda M. Sargent
16  119 First Avenue S., Suite 500
    Seattle, WA 98104

17

18          I declare under penalty of perjury under the laws of the United States and the State of

19  Washington that the foregoing is true and correct to the best of my knowledge.

20          DATED November 6, 2015, at Seattle, Washington.

21

22                                         _Marie V. Sharpe_
23                                         Marie Vestal Sharpe

24

25

DEFENDANT PATENAUDE & FELIX, A.P.C.'S FIRST
INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO PLAINTIFF JENNYL CALUGAS - 8
2:15-cv-01332-MJP
5820679.doc

**LEE·SMART**
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

# Exhibit 2

{885844.DOC}

ROSE DEC 016

**Marc Rosenberg**

| | |
|---|---|
| **From:** | Marc Rosenberg |
| **Sent:** | Monday, December 07, 2015 10:19 AM |
| **To:** | 'Christina Henry' |
| **Cc:** | 'kmiller@millerlawspokane.com'; Marie Vestal Sharpe; Jonathan J. Loch |
| **Subject:** | RE: 15-01332 - Calugas v Patenaude & Felix et al |

<u>Christina</u>:  I generally believe in extending such professional courtesies when requested.  Extension granted.  Plaintiffs' responses to the discovery requests are now due on 12/14/15.

<u>Marie</u>: Please re-calendar for me.  Thanks.

Marc

**From:** Christina Henry [mailto:chenry@hdm-legal.com]
**Sent:** Monday, December 07, 2015 10:15 AM
**To:** Marc Rosenberg <Mr@leesmart.com>
**Cc:** 'kmiller@millerlawspokane.com' <kmiller@millerlawspokane.com>
**Subject:** 15-01332 - Calugas v Patenaude & Felix et al

Marc,
I am writing to you to request a week extension of the discovery due to your client today.  We need an additional week to coordinate the sign of from our client Jenny Calugas. Thank you.

**Christina L. Henry,** *Attorney*
**Henry, DeGraaff & McCormick, P.S.**
1833 N. 105th St.
Suite 203
Seattle, Washington  98133
Tel 206/330-0595
Fax 206-400-7609
chenry@HDM-legal.com

CONFIDENTIALITY NOTICE:  This e-mail may contain information that is protected by the attorney-client and/or the attorney-work product privilege.  It is intended only for the individual named above and the privileges are not waived by virtue of this having been sent by e-mail.  If you are not the intended recipient ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  If you have received this communication in error, please immediately notify us by return e-mail or telephone at the e-mail address or telephone number listed above and destroy this transmission and any attachments without reading or saving in any manner.  Thank you

ROSE DEC 017

# Exhibit 3

{885844.DOC}

ROSE DEC 018

**Marc Rosenberg**

---

| | |
|---|---|
| **From:** | Marc Rosenberg |
| **Sent:** | Friday, December 18, 2015 10:09 AM |
| **To:** | 'Christina Henry' |
| **Cc:** | kmiller@millerlawspokane.com; Marie Vestal Sharpe; Jonathan J. Loch |
| **Subject:** | RE: 15-01332 - Calugas v Patenaude & Felix et al |

Thank you.  We will look forward to receiving it.

Marc

**From:** Christina Henry [mailto:chenry@hdm-legal.com]
**Sent:** Friday, December 18, 2015 9:18 AM
**To:** Marc Rosenberg <Mr@leesmart.com>
**Cc:** kmiller@millerlawspokane.com; Marie Vestal Sharpe <mvs@leesmart.com>; Jonathan J. Loch <jjl@leesmart.com>
**Subject:** Re: 15-01332 - Calugas v Patenaude & Felix et al

We will have a response today

Christina Henry
Henry, DeGraaff & McCormick, PS
1833 N 105th St SE
Seattle, WA 98133
Tel# 206-330-0595
Fax# +1-206-400-7609
chenry@hdm-legal.com

On Dec 18, 2015, at 8:03 AM, Marc Rosenberg <Mr@leesmart.com> wrote:

> Please respond.  Thanks.
>
> Marc
>
> **From:** Marc Rosenberg
> **Sent:** Wednesday, December 16, 2015 9:30 AM
> **To:** 'Christina Henry' <chenry@hdm-legal.com>
> **Cc:** 'kmiller@millerlawspokane.com' <kmiller@millerlawspokane.com>; Marie Vestal Sharpe
> <mvs@leesmart.com>; Jonathan J. Loch <jjl@leesmart.com>
> **Subject:** RE: 15-01332 - Calugas v Patenaude & Felix et al
>
> Christina
>
> We granted your requested extension until 12/14/15 to provide discovery responses, but I do
> not believe that we received the discovery responses when the time case.  Please advise us as
> to the status of these discovery requests.

ROSE DEC 019

Please contact us if you have questions.

**Marc Rosenberg**  |  Attorney at Law  |  <u>VCard</u>  |  <u>Email</u>  |  <u>Bio</u>

**Lee Smart**, P.S., Inc.  |  1800 One Convention Place  |  701 Pike St.  |  Seattle, WA  98101  |  <u>www.leesmart.com</u>
Telephone 206.624.7990  |  Toll-free 1.877.624.7990  |  Fax 206.624.5944  |  Direct Line 206.262.8308

CONFIDENTIALITY NOTICE:  This email message may be protected by the attorney/client privilege, work product doctrine or other confidentiality protection.  If you believe that it has been sent to you in error, do not read it.  Please reply to the sender that you have received the message in error, then delete it.  Thank you.

**From:** Christina Henry [mailto:chenry@hdm-legal.com]
**Sent:** Monday, December 07, 2015 10:28 AM
**To:** Marc Rosenberg <Mr@leesmart.com>
**Cc:** 'kmiller@millerlawspokane.com' <kmiller@millerlawspokane.com>; Marie Vestal Sharpe <mvs@leesmart.com>; Jonathan J. Loch <jjl@leesmart.com>
**Subject:** RE: 15-01332 - Calugas v Patenaude & Felix et al

Thank you.

**Christina L. Henry,** *Attorney*
Henry, DeGraaff & McCormick, P.S.
1833 N. 105th St.
Suite 203
Seattle, Washington  98133
Tel 206/330-0595
Fax 206-400-7609
chenry@HDM-legal.com

CONFIDENTIALITY NOTICE: This e-mail may contain information that is protected by the attorney-client and/or the attorney-work product privilege. It is intended only for the individual named above and the privileges are not waived by virtue of this having been sent by e-mail. If you are not the intended recipient ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. If you have received this communication in error, please immediately notify us by return e-mail or telephone at the e-mail address or telephone number listed above and destroy this transmission and any attachments without reading or saving in any manner.  Thank you

**From:** Marc Rosenberg [mailto:Mr@leesmart.com]
**Sent:** Monday, December 07, 2015 10:19 AM
**To:** Christina Henry <chenry@hdm-legal.com>
**Cc:** 'kmiller@millerlawspokane.com' <kmiller@millerlawspokane.com>; Marie Vestal Sharpe <mvs@leesmart.com>; Jonathan J. Loch <jjl@leesmart.com>
**Subject:** RE: 15-01332 - Calugas v Patenaude & Felix et al

<u>Christina</u>:  I generally believe in extending such professional courtesies when requested.  Extension granted.  Plaintiffs' responses to the discovery requests are now due on 12/14/15.

<u>Marie</u>: Please re-calendar for me.  Thanks.

ROSE DEC 020

Marc

**From:** Christina Henry [mailto:chenry@hdm-legal.com]
**Sent:** Monday, December 07, 2015 10:15 AM
**To:** Marc Rosenberg <Mr@leesmart.com>
**Cc:** 'kmiller@millerlawspokane.com' <kmiller@millerlawspokane.com>
**Subject:** 15-01332 - Calugas v Patenaude & Felix et al

Marc,

I am writing to you to request a week extension of the discovery due to your client today.  We need an additional week to coordinate the sign of from our client Jenny Calugas. Thank you.

**Christina L. Henry,** *Attorney*
Henry, DeGraaff & McCormick, P.S.
1833 N. 105th St.
Suite 203
Seattle, Washington  98133
Tel 206/330-0595
Fax 206-400-7609
chenry@HDM-legal.com

CONFIDENTIALITY NOTICE:  This e-mail may contain information that is protected by the attorney-client and/or the attorney-work product privilege.  It is intended only for the individual named above and the privileges are not waived by virtue of this having been sent by e-mail.  If you are not the intended recipient ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  If you have received this communication in error, please immediately notify us by return e-mail or telephone at the e-mail address or telephone number listed above and destroy this transmission and any attachments without reading or saving in any manner.  Thank you

ROSE DEC 021

# Exhibit 4

{885844.DOC}

ROSE DEC 022

## Marc Rosenberg

| | |
|---|---|
| **From:** | Marc Rosenberg |
| **Sent:** | Monday, December 21, 2015 9:35 AM |
| **To:** | 'Christina Henry'; kmiller@millerlawspokane.com |
| **Cc:** | Marie Vestal Sharpe; Jonathan J. Loch |
| **Subject:** | RE: 15-01332 - Calugas v Patenaude & Felix et al |

Christina:

We would like to hold a discovery conference regarding Plaintiff's overdue discovery requests.  Please advise when a good time to hold such a conference will be

Please contact us if you have questions.


**Marc Rosenberg**  |  Attorney at Law  |  <u>VCard</u>  |  <u>Email</u>  |  <u>Bio</u>

**Lee Smart**, P.S., Inc.  |  1800 One Convention Place  |  701 Pike St.  |  Seattle, WA  98101  |  <u>www.leesmart.com</u>
Telephone 206.624.7990  |  Toll-free 1.877.624.7990  |  Fax 206.624.5944  |  Direct Line 206.262.8308

CONFIDENTIALITY NOTICE:  This email message may be protected by the attorney/client privilege, work product doctrine or other confidentiality protection.  If you believe that it has been sent to you in error, do not read it.  Please reply to the sender that you have received the message in error, then delete it.  Thank you.


**From:** Christina Henry [mailto:chenry@hdm-legal.com]
**Sent:** Friday, December 18, 2015 9:18 AM
**To:** Marc Rosenberg <Mr@leesmart.com>
**Cc:** kmiller@millerlawspokane.com; Marie Vestal Sharpe <mvs@leesmart.com>; Jonathan J. Loch <jjl@leesmart.com>
**Subject:** Re: 15-01332 - Calugas v Patenaude & Felix et al

We will have a response today

Christina Henry
Henry, DeGraaff & McCormick, PS
1833 N 105th St SE
Seattle, WA 98133
Tel# 206-330-0595
Fax# +1-206-400-7609
<u>chenry@hdm-legal.com</u>


On Dec 18, 2015, at 8:03 AM, Marc Rosenberg <<u>Mr@leesmart.com</u>> wrote:

> Please respond.  Thanks.
>
> Marc

1

ROSE DEC 023