HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JENNYL CALUGAS,<br><br>                    Plaintiff,<br><br>          vs.<br><br>PATENAUDE & FELIX, APC, a California Corporation; and MATTHEW CHEUNG, and individual,<br><br>                    Defendants.<br><br>PATENAUDE & FELIX, APC,<br><br>                    Third-Party Plaintiff,<br><br>          vs.<br><br>LAW OFFICES OF ANTOINETTE M. DAVIS, PLLC,<br><br>                    Third-Party Defendant. | NO. 2:15-cv-01332-RAJ<br><br>ORDER |

This matter comes before the Court after the parties' status hearing held in the Western District of Washington on August 9, 2016. Plaintiff Jennyl Calugas has failed to communicate with the other parties and the Court for several months, and she failed

ORDER - 1

to appear at the status hearing.  As the record indicates, the Court attempted to reach Plaintiff via email and mail to warn her that failure to appear at this hearing would result in dismissal of her claims.  The Court is convinced that Plaintiff is no longer prosecuting this matter, and therefore the Court instructs the Clerk of Court to **DISMISS** Plaintiff's case without prejudice.  If Plaintiff fails to reopen her case or communicate with the Court within 30 days of this Order, then the Clerk is instructed to change the dismissal to one with prejudice.  This Order operates to terminate Defendants' motion for summary judgment.  Dkt. # 40.

According to the record made at the status hearing, the remaining third-party litigants appear confident that they may settle their claims outside of the courtroom. The Court requests that the third-party litigants file a joint status report on August 16, 2016 detailing their efforts to settle, and inform the Court of any potential settlement outcome.

Dated this 9th day of August, 2016.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2