HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNY CALUGAS,<br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>PATENAUDE AND FELIX, A.P.C., a California Corporation; and MATTHEW CHEUNG, an individual,<br>　　　　　　　　　　Defendants.<br>--------------------------------------------------------<br>PATENAUDE & FELIX, A.P.C.,<br>　　　　　　　　　　Third-Party Plaintiff,<br><br>v.<br><br>LAW OFFICES OF ANTOINETTE M. DAVIS, PLLC,<br>　　　　　　　　　　Third- Party Defendant. | NO. 15-01332 RAJ<br><br>THIRD-PARTY DEFENDANT'S RESPONSE TO THIRD-PARTY PLAINTIFF'S "STATUS REPORT" |

The third-party plaintiffs have filed a "Status Report" in response to this Court's August 10, 2016 order. Third-party defendants will not trouble the Court with a line item, detailed response to third-party plaintiffs in a one-sided and misleading "report." They only say that given third-party plaintiffs intransigence in refusing to agree to a joint report, third-party defendants doubt that third-party plaintiffs will make any good faith effort to settle this action

Third-Party Defendant's Response To Third-Party Plaintiff's "Status Report" (15-01332-RAJ) - 1



710 10th Avenue East
PO Box 20397
Seattle, WA 98102
t: (206) 726-6600
f: (206) 726-0288

within the parameters suggested by the Court. Accordingly, third-party defendants request that the Court proceed to rule on third-party defendant's motion to dismiss.

Dated this 16th day of August, 2016.

| FURY DUARTE PS | LAW OFFICE OF VONDA M. SARGENT |
|---|---|
| /s C. Steven Fury | s/ Vonda M. Sargent |
| C. STEVEN FURY, WSBA 8896<br>SCOTT DAVID SMITH, WSBA 48108<br>710 – 10th Ave. E.<br>PO Box 20397<br>Seattle, WA 98102<br>(206) 726-6600<br>(206) 726-0288 fax<br>steve@furyduarte.com<br>scott@furyduarte.com<br>Attorneys for Third-Party Defendant | VONDA M. SARGENT, WSBA 24552<br>1191 1ST Ave. S., #500<br>Seattle, WA 98104<br>(206) 838-4970<br>sisterlaw@mac.com<br>Attorney for Third-Party Defendant |

Third-Party Defendant's Response To Third-Party Plaintiff's "Status Report" (15-01332-RAJ) - 2

FURY DUARTE PS
TRIAL LAWYERS
710 10th Avenue East
PO Box 20397
Seattle, WA 98102
t: (206) 726-6600
f: (206) 726-0288